**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 24-cr-445 (APM)** |
| | : | |
| **v.** | : | |
| | : | **VIOLATIONS:** |
| **EMILY SAYER-MAYOSKY,** | : | |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| **Defendant.** | : | **(Disorderly Conduct in** |
| | : | **a Capitol Building)** |
| | : | |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Emily Sayer-Mayosky ("MAYOSKY"), with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

#### *The Attack at the U.S. Capitol on January 6, 2021*

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.      On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

1

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP

attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.    Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### The Defendant's Participation in the January 6, 2021, Capitol Riot

8.    In the days preceding January 6, 2021, MAYOSKY traveled from Charlotte, Michigan to Washington, D.C. with her boyfriend Perry Beebe to attend events protesting the 2020 presidential election. On the afternoon of January 6, 2021, MAYOSKY – wearing a brown beanie and tactical military style backpack with an accompanying red first aid kit – and Beebe walked with a crowd to the Capitol.

9.    MAYOSKY eventually arrived on the Capitol's West Front with Beebe. Once on Capitol grounds, they moved through the mob and approached scaffolding assembled for the upcoming inauguration on the north side of the West Front.

10.    Following the collapse of a police line on the West Front at 2:28 p.m., MAYOSKY and Beebe climbed to the top of the scaffolding to secure a view of the ongoing riot.



*Image 1: MAYOSKY, circled in yellow, atop inauguration scaffolding at approximately 2:30 p.m.*

11.    MAYOSKY and Beebe remained in this location for approximately 25 minutes as they both observed and participated in the chaos around them during this time.



*Image 2: MAYOSKY, circled in yellow, cheering on the crowd.*



*Image 3: MAYOSKY cheering as Beebe helped another rioter scale the scaffolding.*



*Image 4: MAYOSKY and Beebe on the scaffolding at approximately 2:50 p.m.*

12.    At approximately 2:53 p.m. MAYOSKY and Beebe departed the scaffolding. They move down a set of stairs to the Lower West Terrace where they joined a flood of rioters advancing deeper on Capitol grounds.



*Image 5: MAYOSKY and Beebe entering the Lower West Terrace at approximately 2:56 p.m.*

13.     MAYOSKY and Beebe continued to move toward the Capitol along the Lower West Terrace. At approximately 3:00 p.m. they were near the "Inauguration Tunnel Entrance" – the site of some of the most violent assaults against law enforcement on January 6, 2021.



*Image 6: MAYOSKY and Beebe on the Lower West Terrace.*

14.     From here, MAYOSKY and Beebe traveled to the Capitol's Upper West Terrace.



*Image 7: MAYOSKY and Beebe on the Upper West Terrace shortly after 3:00 p.m.*

15.     After MAYOSKY and Beebe arrived on the Upper West Terrace, they moved to the Senate Wing of the Capitol building.



*Image 8: MAYOSKY and Beebe approaching the Capitol building along the Senate Wing.*

16.    At approximately 3:15 p.m. MAYOSKY and Beebe entered the Capitol by climbing through a broken window adjacent to the Senate Wing Door. At the time they entered, MAYOSKY and Beebe knew they did not have lawful authority to be there. They remained in the Capitol for approximately two minutes before officers ushered them, and other rioters, out the building through the Senate Wing Door.



*Image 9*: MAYOSKY and Beebe entering the Capitol through a broken window.



*Image 10*: MAYOSKY and Beebe inside the Capitol.

***Elements of the Offense***

17.    The parties agree that 40 U.S.C. § 5104(e)(2)(D) requires the following elements:

   a.    The defendant engaged in disorderly or disruptive conduct in any of the United

   States Capitol Buildings or Grounds.

9

b. The defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

c. The defendant acted willfully and knowingly.

18.    The parties agree that 40 U.S.C. § 5104(e)(2)(G) requires the following elements:

a. The defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

b. The defendant acted willfully and knowingly.

### *Defendant's Acknowledgments*

19.    The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, MAYOSKY admits that her conduct of entering restricted Capitol grounds during an ongoing riot, climbing atop restricted scaffolding assembled for the upcoming inauguration, traveling to the Upper West Terrace, and entering the Capitol through a shattered window was disorderly and disruptive and completed to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress. Additionally, Sayer-Mayosky acknowledges that she knowingly paraded, demonstrated, and picketed inside the Capitol after she entered the Capitol and remained inside the Capitol with other rioters.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ *Eli Ross*
by: Eli Ross

Assistant United States Attorney
Illinois Bar Number 6321411
United States Attorney's Office
601 D. Street, N.W.
Washington, D.C.  20001
Telephone: (202) 297-1515
Email: Eli.Ross@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Emily Sayer-Mayosky, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 28/10/2024

Emily Sayer-Mayosky
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10/28/2024

/s/ Nicole Springstead-Stolte

Nicole Springstead-Stolte
Attorney for Defendant

# Updated Statement of the Offense

**Final Audit Report**                                          2024-10-28

| | |
|---|---|
| Created: | 2024-10-28 |
| By: | Nicole Springstead - Stolte (nicole@sbbllaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAWLdmAZ7UfzXRboCIQUhTjlffl7qSdutI |

## "Updated Statement of the Offense" History

📄 Document created by Nicole Springstead - Stolte (nicole@sbbllaw.com)
2024-10-28 - 7:25:09 PM GMT

📧 Document emailed to Emily Sayer-Mayosky (emilysayermayosky@gmail.com) for signature
2024-10-28 - 7:25:16 PM GMT

📄 Email viewed by Emily Sayer-Mayosky (emilysayermayosky@gmail.com)
2024-10-28 - 7:30:36 PM GMT

✒️ Document e-signed by Emily Sayer-Mayosky (emilysayermayosky@gmail.com)
Signature Date: 2024-10-28 - 7:31:59 PM GMT - Time Source: server

✅ Agreement completed.
2024-10-28 - 7:31:59 PM GMT

**Adobe Acrobat Sign**